PER CURIAM.
The injunctive order under review is totally deficient in form, see Sobeach Rentals, Inc. v. Shelborne Ocean Beach Hotel, 37 So.3d 982 (Fla. 3d DCA 2010); Angelina v. Santa Barbara Enters., LLC, 2 So.3d 1100 (Fla. 3d DCA 2009); Fla. R. Civ. P. 1.610(c), and entirely unsupported by substantive law. Joughin v. Parks, 107 Fla. 833, 143 So. 145 (1932); Abreau v. Cobb, 670 So.2d 1010 (Fla. 3d DCA 1996); Jones v. State, 336 So.2d 59 (La.Ct.App.1976); see also Plante v. Smathers, 372 So.2d 933 (Fla.1979); Marina v. Leahy, 578 So.2d 382 (Fla. 3d DCA 1991); Wilson v. Dade County, 369 So.2d 1002 (Fla. 3d DCA 1979), cert. denied, 373 So.2d 457 (Fla.1979). It is therefore vacated. The cause is remanded with directions to dismiss the complaint with prejudice.
Rehearing is dispensed with. This decision shall take effect immediately.